# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Case Number:    07-02110-hb

### ORDER OF FINAL DECREE

The Relief Set Forth On The Following 2 Page, Including This Page Is Hereby

### ORDERED.

---

**FILED BY THE COURT**
**12/30/2008**



Entered: 12/30/2008

US Bankruptcy Court Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | CASE NO:   07-02110hb |
| Jesse Allen Tipton | ) | |
| DeDee Elaine Tipton | ) | FINAL DECREE |
| | ) | |
| Debtors | ) | |
| | ) | |

The estate of the above-named Debtor has been fully administered.

**IT IS ORDERED THAT:**

The Chapter 11 case of the above-named Debtors is closed: and the Court's jurisdiction is ended except as provided in 11 U.S.C. §1142;

All quarterly fees due and owing the United States Trustee pursuant to 11 U.S.C. §1930(a)(6) must be paid current through the date of entry of this order.